IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 9 - 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. '09-CV-01342 BnB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

CLEARANCE LEVERETTE #127-303,

    Plaintiff,

v.

PEOPLE OF COLO.,
DEPARTMENT OF CORRECTIONS,
STERLING CORRECTIONAL FACILITY,
CORRECTIONAL OFFICER STAFF, and
SECURITY STAFF,

    Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and a Prisoner Complaint. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers that Plaintiff files in response to this order must include the civil action number on this order.

The Court notes that Mr. Kent B. French has signed the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action submitted to the Court in the instant action. It appears that Mr. French is acting "pro bono" on Mr. Leverette's behalf. A *pro se* litigant may not represent another *pro se* litigant in federal court. See 28 U.S.C. § 1654; *see also Lutz v. Lavelle*, 809 F. Supp. 323, 325 (M.D. Pa. 1991); *Miller v. Bobbitt*, 779 F. Supp. 495, 496 (D. Or. 1991); *Lindstrom v. Illinois*, 632 F. Supp. 1535, 1537 (N.D. Ill. 1986), *appeal dismissed*, 828 F.2d 21 (7th Cir. 1987). Mr. Leverette is required to sign all filings submitted to the Court in this action.

**28 U.S.C. § 1915 Motion and Affidavit:**

(1) ___ is not submitted
(2) ___ is missing affidavit
(3) _X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing certificate showing current balance in prison account
(5) ___ is missing required financial information
(6) ___ is missing an original signature by the prisoner
(7) _X_ is not on proper form (must use the court's current form)
(8) ___ names in caption do not match names in caption of complaint, petition or habeas application
(9) ___ An original and a copy have not been received by the court. Only an original has been received.
(10) ___ other:_____.

**Complaint, Petition or Application:**
(11) ___ is not submitted
(12) ___ is not on proper form (must use the court's current form)
(13) ___ is missing an original signature by the prisoner
(14) _X_ is missing page nos. _2,3,8_
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ An original and a copy have not been received by the court. Only an original has been received.
(17) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.

(18) ___ names in caption do not match names in text
(19) ___ other:_____.

Accordingly, it is

    ORDERED that the clerk of the court commence a civil action in this matter. It is

    FURTHER ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

    FURTHER ORDERED that the clerk of the court mail to Plaintiff, together with a copy of this order, two copies of the following form(s): Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915; Prisoner Complaint. It is

    FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice.

DATED at Denver, Colorado, this 5th day of June, 2009.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-CV-01342

Clearance Leverette
Prisoner No. 127303
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint forms** to the above-named individuals on  6/9/09

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk