IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01342-BNB

CLEARANCE LEVERETTE, # 127-303,

    Plaintiff,

v.

PEOPLE OF COLO.,
DEPARTMENT OF CORRECTIONS,
STERLING CORRECTIONAL FACILITY, and
SECURITY STAFF,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 23 2009

GREGORY C. LANGHAM
    CLERK

## ORDER OF DISMISSAL

Plaintiff Clearance Leverette is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Sterling, Colorado, Correctional Facility. Mr. Leverette initiated this action by filing a *pro se* Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. In an order entered on June 9, 2009, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and instructed Mr. Leverette to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Leverette to file a Prisoner Complaint form that included all pages, including Pages Two, Three, and Eight of the form, and to submit a current § 1915 Court-approved form along with a certified copy of his inmate trust fund account statement. Mr. Leverette was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Leverette now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed. The Complaint and action, therefore, will be dismissed. Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice for failure to cure all deficiencies.

DATED at Denver, Colorado, this 22 day of July, 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01342-BNB

Clearance Leverette
Prisoner No. 127303
Sterling Correctional Facility
PO Box 6000 – Unit 3C
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/23/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk